

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00446-CV

**IN THE INTEREST OF T.L.C.,** a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0569-CV-A
Honorable Heather H. Wright, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's May 25, 2022 final order is AFFIRMED. It is ORDERED costs are taxed against appellant David Leo Cormier aka Fa'ro Alier.

SIGNED April 10, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice